MICHAEL J. SHEPARD (Bar No. 91281)
mshepard@kslaw.com
RUSSELL F. MARTINEZ (Bar No. 317268)
rmartinez@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Defendant
JOHNNY EARL HENDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-116-RS |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE PLEA AND TRIAL SETTING HEARING TO 2:30 P.M. ON AUGUST 27, 2019, OR ON SUCH OTHER DATE AND TIME AS IS CONVENIENT TO THE COURT** |
| v. | |
| JOHNNY EARL HENDERSON, | |
| Defendant. | Judge: Hon. Richard Seeborg |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | The government and defendant in the above-captioned matter, by and through their counsel, |
| 3 | hereby stipulate and agree as follows: |
| 4 | |
| 5 | WHEREAS, this case is set before the court for trial setting or change of plea on July 30, 2019 at |
| 6 | 2:30 PM; |
| 7 | WHEREAS, defendant Johnny Earl Henderson is in an in-patient rehabilitation center, and the |
| 8 | parties believe that he should continue treatment and that he can better address the issues set before the |
| 9 | court after he has completed his treatment; |
| 10 | |
| 11 | THEREFORE, the parties respectfully request that the Court move the hearing to 2:30 PM on |
| 12 | August 27, 2019 or on such other date and time convenient to the Court. |
| 13 | |
| 14 | IT IS SO STIPULATED. |

| | | |
|---|---|---|
| Dated: July 25, 2019 | | KING & SPALDING LLP |

By: /s/*Russell F. Martinez*
MICHAEL SHEPARD
RUSSELL F. MARTINEZ
Attorneys for Defendant
JOHNNY EARL HENDERSON

Dated: July 25, 2019                    UNITED STATES ATTORNEY'S OFFICE

By:    /s/ per email authorization
ROSS WEINGARTEN
Assistant United States Attorney

## ORDER

GOOD CAUSE THEREFORE having been shown, based upon the July 25, 2019 stipulation of the parties, IT IS HEREBY ORDERED THAT the hearing scheduled for 2:30 PM on July 30, 2019, is continued to 2:30 PM on August 27, 2019.

IT IS SO ORDERED.

Dated: 7/26/19                    By: _____
HON. RICHARD SEEBORG
United States District Court Judge