1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  ROSS WEINGARTEN (NYBN 5236401)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6747
7      FAX: (415) 436-7234
       Ross.weingarten@usdoj.gov
8
   Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-116 RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE APPEARANCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOHNNY EARL HENDERSON, | |
| Defendant. | |

On August 27, 2019, the parties appeared before this Court for a status conference. The parties set a change of plea or a hearing to set dates for further proceedings on September 17, 2019. Discussions between the government and defense counsel are ongoing; the government is preparing a reverse proffer and the parties believe that more time would be helpful to determining whether the case can be resolved pre-trial. Accordingly, the parties request that the current appearance scheduled for September 17, 2019 be continued until October 8, 2019. In addition, the parties believe that it is appropriate to exclude time under the Speedy Trial Act from September 17, 2019 to October 8, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree to the exclusion of time under the Speedy Trial Act to allow for effective preparation of defense counsel, and because failure to grant the continuance would unreasonably deny the defendant the effective preparation and continuity of counsel. 18 U.S.C. §

3161(h)(7)(A), (B)(iv). The parties agree that the ends of justice are served by granting the continuance and outweigh the interests of the public and the defendant in a speedy trial.

SO STIPULATED:

          DAVID L. ANDERSON
          United States Attorney

DATED: September 12, 2019           \_\_\_\_\_/s/_____
          ROSS WEINGARTEN
          Assistant United States Attorney

DATED: September 12, 2019           \_\_\_\_\_/s/_____
          MICHAEL SHEPARD
          Attorney for the Defendant

**ORDER**

Based on the reasons stated on the record and in the stipulation of the parties above, the Court hereby FINDS that the exclusion of time from September 17, 2019 to October 8, 2019 (inclusive) is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation and continuity of counsel. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The Court continues the next appearance in this case until October 8, 2019.

DATED: 9/13/19

_____
HON. RICHARD SEEBORG
United States District Judge