MICHAEL J. SHEPARD (Bar No. 91281)
  mshepard@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:    (415) 318-1200
Facsimile:     (415) 318-1300

RUSSELL F. MARTINEZ (Bar No. 317268)
  rmartinez@kslaw.com
CORY L. BURLESON (Bar No. 322239)
  cburleson@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:     (213) 443-4310

Attorneys for Defendant
JOHNNY EARL HENDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JOHNNY EARL HENDERSON,<br><br>              Defendant. | Case No. 3:19-CR-00116-RS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Judge:   Hon. Richard Seeborg |

The parties file this stipulation asking the Court to vacate the status hearing scheduled in this matter for June 9, 2020, and to set a status hearing and motions setting date on July 14, 2020, or as soon thereafter as practicable.  The parties jointly filed this stipulation in response to the impact of COVID-19 and the shelter-in-place regulations that have remained in place since the last status hearing on May 5, 2020.  These regulations have continued to impact the ability of defense

counsel and the defense investigator to use the discovery ordered by the Court just prior to the shelter-in-place orders to gather court records and interview witnesses.

The parties therefore request that the time between June 9, 2020, and July 14, 2020, or as soon thereafter as this matter can be heard, be excluded from any time limits applicable under the Speedy Trial Act, 18 U.S.C. § 3161. An exclusion of time is appropriate because:

The Court may appropriately exclude time on ends-of-justice grounds. The country's public health interest in stemming the spread of COVID-19 outweighs the interest of the "public and the defendant in a speedy trial." *Id*. § 31671(h)(7)(A); *see also Furlow v. United States*, 644 F.2d 764 (9th Cir. 1981) (finding no Speedy Trial Act violation where the district court granted an ends-of-justice continuance following the eruption of Mt. St. Helens). A failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence because his review discovery has continued to be constrained by shelter-in-place orders. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court may also exclude time for continuity of counsel for the same reasons. *Id*. Here, the shelter-in-place regulations in effect in the recent months have limited his ability to investigate and meet with witnesses.

DATED: June 3, 2020                          Respectfully submitted,

                                             By:   */s/ Cory L. Burleson*
                                                   MICHAEL J. SHEPARD
                                                   RUSSELL F. MARTINEZ
                                                   CORY L. BURLESON
                                                   Attorney for Defendant
                                                   JOHNNY EARL HENDERSON

DATED: June 3, 2020                          By:   */s/* per email authorization
                                                   DAVID WARD
                                                   Assistant United States Attorney

## **ORDER**

For the reasons stated above, the Court VACATES the status conference scheduled in this matter for June 9, 2020, and CONTINUES this case to July 14, 2020, or as soon thereafter as practicable, for a status hearing and motions setting date.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161, the period from June 9, 2020, through July 14, 2020, or as soon thereafter as practicable, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: June 3, 2020

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge