MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:   (415) 318-1200
Facsimile:    (415) 318-1300

RUSSELL F. MARTINEZ (SBN 317268)
  rmartinez@kslaw.com
CORY L. BURLESON (SBN 322239)
  cburleson@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendant
JOHNNY EARL HENDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>JOHNNY EARL HENDERSON,<br><br>Defendant. | Case No. 3:19-CR-00116-RS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Hon. Richard Seeborg |

**STIPULATION**

The government and defendant in the above-captioned matter, by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, this case is set before the court for a status conference on December 15, 2020 at 2:30 PM;

WHEREAS, on November 19, 2020, the government presented a tentative plea offer to counsel for Mr. Henderson;

WHEREAS, consideration of that plea offer requires an evaluation of the impact of that plea offer on overlapping charges pending against Mr. Henderson in Marin County Superior Court;

WHEREAS, Mr. Henderson's counsel in the Marin County case has advised that he has not been able to gather necessary information for that evaluation because the case apparently is not currently assigned to an Assistant District Attorney;

WHEREAS, Mr. Henderson's counsel in the Marin County case has advised that the Marin County case is scheduled for an appearance on December 17, which may provide an opportunity to begin to gather that information;

THEREFORE, the parties respectfully request that the Court move the status conference to 2:30 PM on January 5, 2021, or to such other date and time convenient to the Court.

///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED**.

Dated:  December 10, 2020        KING & SPALDING LLP

                                 By:  /s/ Michael J. Shepard
                                      MICHAEL J. SHEPARD
                                      RUSSELL F. MARTINEZ
                                      CORY L. BURLESON

                                      Attorneys for Defendant
                                      JOHNNY EARL HENDERSON

Dated:  December 10, 2020        UNITED STATES ATTORNEY'S OFFICE

                                 By:  /s/ per email authorization
                                      YOOSUN KOH

                                      Assistant United States Attorney

**ORDER**

GOOD CAUSE THEREFORE having been shown, based upon the December 10, 2020 stipulation of the parties, IT IS HEREBY ORDERED THAT the status conference scheduled for 2:30 PM on December 15, 2020, is continued to 2:30 PM on January 5, 2021.

The Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161, the period from December 15, 2020, through January 5, 2021, or as soon thereafter as practicable, is warranted based on the need for adequate preparation, and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED:  December 10, 2020

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge