DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

YOOSUN KOH (NYBN 5245220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7034
    FAX: (415) 436-7234
    Yoosun.Koh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 19-116 RS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO EXCLUDE TIME FROM JANUARY 5, 2021 TO FEBRUARY 9, 2021 |
| v. | ) ) | AND ORDER |
| JOHNNY EARL HENDERSON, | ) ) | |
| Defendant. | ) ) | |

    It is hereby stipulated by and between Yoosun Koh, counsel for the United States, and Michael J. Shepard, counsel for the defendant, Johnny Earl Henderson, that time be excluded under the Speedy Trial Act from January 5, 2021 through February 9, 2021.

    At the status conference held on January 5, 2021 the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that counsel can continue to prepare, including by meeting and conferring to attempt to reach a resolution in this case. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until February 9, 2021, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 5, 2021 through February 9, 2021 from computation under the Speedy Trial Act

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 19-116 RS                                                                                        v. 7/10/2018

1 | outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),
2 | (B)(iv).
3 |      The undersigned Assistant United States Attorney certifies that she has obtained approval from
4 | counsel for the defendant to file this stipulation and proposed order.
5 |
6 |      IT IS SO STIPULATED.
7 | DATED: January 22, 2021                          /s/
8 |                                                    YOOSUN KOH
                                                   Assistant United States Attorney
9 |
10 | DATED: January 22, 2021                          /s/
                                                   MICHAEL J. SHEPARD
                                                   Counsel for Defendant Johnny Henderson

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on January 5, 2021 and for good cause shown, the Court finds that failing to exclude the time from January 5, 2021 through February 9, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 5, 2021 through February 9, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 5, 2021 through February 9, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 22, 2021

HON. RICHARD SEEBORG
United States District Judge