STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

YOOSUN KOH (NYBN 5245220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7034
    FAX: (415) 436-7234
    Yoosun.Koh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-116 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM APRIL 13, 2021 TO NOVEMBER 8, 2021 AND ORDER |
| v. | |
| JOHNNY EARL HENDERSON, | |
| Defendant. | |

    It is hereby stipulated by and between Yoosun Koh, counsel for the United States, and Michael J. Shepard, counsel for the defendant, Johnny Earl Henderson, that the parties request a jury trial start date of November 8, 2021 and that time be excluded under the Speedy Trial Act from April 13, 2021 through November 8, 2021.

    At the status conference held on April 13, 2021 the government and counsel for the defendant apprised the Court that they were as yet unable to reach a pretrial resolution and requested a trial date. The Court ordered the parties to meet and confer and provide the Court with a few alternative dates for a jury trial in the July or August timeframe, and to submit an exclusion order once the parties had agreed on a trial date. (Dkt. 170.)

    Having h met and conferred, the parties request that the Court set a jury trial start date of

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 19-116 RS                                                                           v. 7/10/2018

November 8, 2021, and stipulate and agree that excluding time between April 13, 2021 and November 8, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 13, 2021 to November 8, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

    IT IS SO STIPULATED.

DATED: June 22, 2021

/s/
YOOSUN KOH
Assistant United States Attorney

DATED: June 22, 2021

/s/
MICHAEL J. SHEPARD
Counsel for Defendant Johnny Henderson

**ORDER**

Based upon the stipulation of the parties, the Court sets a jury trial start date of November 8, 2021 in the above-captioned case. Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on April 13, 2021 and for good cause shown, the Court finds that failing to exclude the time from April 13, 2021 through November 8, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 13, 2021 through November 8, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 13, 2021 through November 8, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: June 22, 2021

HON. RICHARD SEEBORG
United States District Judge